Filed: 6/29/2023 1:43 P[M]
Cler[k]
LaPorte County, Indian[a]

```
STATE OF INDIANA        )          IN THE LAPORTE SUPERIOR/CIRCUIT COURT
                        ) SS:
COUNTY OF LAPORTE       )          SITTING AT  LaPorte Circuit Court , INDIANA
                                   )
ROBERT GEZELMAN,                   )
                                   )
        Plaintiffs,                )
                                   )
vs.                                )   CAUSE NO.: 46C01-2306-CT-001268
                                   )
RLB TRANSPORT, INC. and            )
RODERICK BUSTETTER,                )
                                   )
        Defendants.                )
```

## COMPLAINT

COMES NOW the Plaintiff, Robert Gezelman, by counsel, Etzler Lawhead Legal Group, through Edward C. Lawhead, and for his cause of action against the Defendant, Roderick Bustetter, states as follows:

### COUNT I

1. On July 12, 2021, and at all times relevant hereto, Plaintiff, Robert Gezelman, was a resident of Blanchard, Isabella County, State of Michigan.

2. On July 12, 2021, and at all times relevant hereto, Defendant, Roderick Bustetter, was a resident of Grayson, Carter County, State of Kentucky.

3. On July 12, 2021, at approximately 8:38 p.m., Plaintiff, Robert Gezelman, was lawfully traveling eastbound, in lane 2, on Interstate 94, near mile marker 39.4, in LaPorte, LaPorte County, State of Indiana.

4. On July 12, 2021, at said time, Defendant, Roderick Bustetter, while employed by Defendant, RLB Transport, Inc., was traveling eastbound on Interstate 94, in lane 3, near mile marker 39.4, when he made an unsafe lane change, abruptly merging into lane 2 and collided with

07/31/2023  1:51P[M]

EXHIBIT
A

Plaintiff's vehicle.

5. Defendant, Roderick Bustetter, was careless and negligent in the following particulars:

   a. Failing to maintain a proper lookout for other vehicles;
   b. Failing to exercise due care for the operation of his vehicle in order to avoid a collision;
   c. Failing to maintain a proper control of his vehicle in order to avoid a collision;
   d. Failing to act as a reasonably prudent driver in order to prevent and avoid a collision;
   e. was negligent in other manners.

6. As a direct and proximate result of the above negligent acts, Defendant, Roderick Bustetter, did negligently cause injuries to the person and property of Plaintiff, Robert Gezelman.

7. As a direct and proximate result of the negligent acts of Defendant, Roderick Bustetter, Plaintiff, Robert Gezelman, suffered physical injuries and emotional trauma.

8. As a direct and proximate result of the negligent acts of Defendant, Roderick Bustetter, and the Plaintiff's injuries, Plaintiff, Robert Gezelman, has incurred hospital and medical expenses.

9. As a direct and proximate result of the negligent acts of Defendant, Roderick Bustetter, and the Plaintiff's injuries, Plaintiff, Robert Gezelman, has incurred lost wages.

10. As a direct and proximate result of the negligent acts of Defendant, Roderick Bustetter, and the Plaintiff's injuries, Plaintiff, Robert Gezelman, sustained pain and suffering and loss of life's enjoyments.

**THEREFORE**, Plaintiff, Robert Gezelman, prays for judgment against Defendant, Roderick Bustetter, in an amount that will reasonably compensate for his damages and injuries, interest thereto, costs expended, and for all other just and proper relief.

## COUNT II

COMES NOW the Plaintiff, Robert Gezelman, by counsel, Etzler Lawhead Legal Group, through Edward C. Lawhead, and for his cause of action against the Defendant, RLB Transport, Inc., states as follows:

1. Plaintiff restates and incorporates therein by reference, rhetorical paragraphs 1-10 of Count I of this Complaint.

11. On July 12, 2021, and at all times relevant hereto, Defendant, RLB Transport, Inc., was an entity licensed to do business in the State of Indiana.

12. On July 12, 2021, and at all times relevant hereto, Defendant, RLB Transport, Inc., had its principal place of business located at 99 W. Cretcher Street, Grayson, Kentucky 41143.

13. On July 12, 2021, Defendant, Roderick Bustetter was employed by Defendant, RLB Transport, Inc.

14. That upon information and belief, Defendant, Roderick Bustetter, was operating the vehicle under the supervision of Defendant, RLB Transport, Inc., with their knowledge and permission.

15. That Defendant, RLB Transport, Inc., had a duty to evaluate whether their authorized driver could operate the vehicle in a reasonably safe, diligent, and careful manner.

16. That Defendant, RLB Transport, Inc., breached their duty in the following particulars:

    a. Negligently entrusting the vehicle to Roderick Bustetter;
    b. Failing to properly evaluate whether Roderick Bustetter could operate the vehicle in a reasonably safe and/or diligent manner; and
    c. was negligent and/or willful and wanton in other manners.

17. As a direct and proximate result of the above negligent acts of Defendant, RLB Transport, Inc., the vehicle being operated by Defendant Roderick Bustetter, came into contact with the person and property of Plaintiff, Robert Gezelman.

4

18. As a direct and proximate result of the negligent acts of Defendant, RLB Transport, Inc., Plaintiff, Robert Gezelman, suffered physical injuries and emotional trauma.

19. As a direct and proximate result of the negligent acts of Defendant, RLB Transport, Inc., and the Plaintiff's injuries, Plaintiff, Robert Gezelman, has incurred hospital and medical expenses.

20. As a direct and proximate result of the negligent acts of Defendant, RLB Transport, Inc., and the Plaintiff's injuries, Plaintiff, Robert Gezelman, has incurred lost wages.

21. As a direct and proximate result of the negligent acts of Defendant, RLB Transport, Inc., and the Plaintiff's injuries, Plaintiff, Robert Gezelman, sustained pain and suffering and loss of life's enjoyments.

**THEREFORE**, Plaintiff, Robert Gezelman, prays for judgment against Defendant, RLB Transport, Inc., in an amount that will reasonably compensate for his damages and injuries, interest thereto, costs expended, and for all other just and proper relief.

## JURY DEMAND

Plaintiff, by counsel, respectfully requests trial by jury on all issues triable by jury.

Respectfully submitted;

EDWARD C. LAWHEAD, #26868-45
ETZLER LAWHEAD LEGAL GROUP, PC
11065 Broadway, Suite E
Crown Point, IN 46307
219-922-3901 (T)
219-922-3908 (F)